# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANIEL TERRE DELGADO,

        Plaintiff,

v.

MARK TARABOCHIA, et al.,

        Defendants.

Case No. C17-1822RSL

On January 10, 2018, the Court issued an order requiring the parties to file a Joint Status Report by February 7, 2018. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, February 23, 2018, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of January 10, 2018. The Clerk is directed to place this Order to Show Cause on the Court's calendar for February 23, 2018.

DATED this 9th day of February, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE