UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TERRE DELGADO,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK TARABOCHIA, et al.,<br><br>  Defendants. | NO. C17-1822RSL<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

On January 10, 2018, this Court issued an Order requiring the parties to file a Joint Status Report by February 7, 2018. On February 9, 2018, this Court issued an Order to Show Cause for failure to file a Joint Status Report. On February 13, 2018, the parties filed a Joint Status Report.

Therefore, the Court's Order to Show Cause entered on February 9, 2018, in the above captioned case, is hereby VACATED.

DATED this 28th day of February, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE