**THE HONORABLE ROBERT S. LASNIK**

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANIEL DELGADO,<br><br>              Plaintiff,<br><br>vs.<br><br>MARK TARABOCHIA, TARABOCHIA, INC., AND F/V JOYCE MARIE,<br><br>              Defendants. | IN ADMIRALTY<br><br>No. 2:17-cv-01822-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES**<br><br>NOTING DATE: JULY 31, 2018 |

On the Unopposed Motion of Plaintiff,

IT IS ORDERED that expert disclosures are now due on August 15, 2018.

Dated: _Aug. 2, 2018_

By: _/s/ Robert S. Lasnik_
Honorable Robert S. Lasnik
U.S. District Court Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO MAKE EXPERT
DISCLOSURES
*Delgado v. Tarabochia et al.*
2:17-cv-01822-RSL
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St., Juneau, AK 99801
Tel: (907) 586-4490 Fax: (888) 856-3894
lawyers@choatelawfirm.com